UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.



CHRISTOPHER J. VINUEZA, individually,

    Plaintiff,

v.

09-22698

ZAKHEIM & ASSOCIATES, P.A.,
a Florida corporation,

CIV-ALTONAGA

    Defendant.

    MAGISTRATE JUDGE
    BROWN

_____/

# COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant does business in this District.

## PARTIES

3. Plaintiff, CHRISTOPHER J. VINUEZA, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

4. Defendant, ZAKHEIM & ASSOCIATES, P.A., is a Florida corporation, and law practice engaged in the business of collecting upon debts in

Florida with its principal place of business at 1045 South University Drive, Suite 202, Plantation, Florida 33324.

5. At all times material to the allegations of this complaint, Defendant was acting as a "debt collector", as that term is defined in the FDCPA, with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

6. Defendant sought to collect an alleged debt from Plaintiff arising from a credit card used by Plaintiff primarily for personal, family or household purposes.

7. On June 8, 2009, Defendant filed a lawsuit in Broward County, Florida against Plaintiff seeking to collect upon an alleged Citibank credit card debt of $4,092.27 dollars.

8. Plaintiff does neither reside in Broward County, Florida nor did he execute a contract for a Citibank credit card in Broward County, Florida.

9. Defendant served Plaintiff with process in Miami-Dade County on or about

10. Plaintiff maintains that the last payment was made on said credit card account In May 2003, more than six years before said lawsuit was filed.

11. The state court lawsuit does not attach a "written instrument" as defined by Florida law.

2

12. A true and correct copy of the state court lawsuit is attached hereto as "Exhibit A".

13. The statute of limitations in Florida for actions not founded upon a written instrument is four (4) years. Florida Statutes § 95.11(3)(k).

14. The statute of limitations in Florida for actions founded upon a written instrument is five (5) years. Florida Statutes § 95.11(2)(b).

15. Defendant knew the complaint was filed beyond both Florida's four (4) year statute of limitations of limitations and Florida's five (5) year statute of limitations.

16. Knowingly filing a time-barred suit is a violation of the FDCPA. *Kimber v. Federal Financial Corp.*, 668 F. Supp. 1480 (M.D. Ala. 1987). "Because few unsophisticated consumers would be aware that a statute of limitations could be used to defend against lawsuits based on stale debts, such consumers would unwittingly acquiesce to such lawsuits." *Id.* at 1487.

17. Because of the small amount of the alleged debt, Defendant knew Plaintiff would likely acquiesce as he would not be aware of the statute of limitations as a defense and the cost of attorney's fees to learn of his defenses and assert them would exceed the amount sought.

18. In the state court suit, Defendant's actions necessitated Plaintiff to incur attorney fees.

## COUNT I
## FILING A TIME-BARRED LAWSUIT

19. Plaintiff incorporates Paragraphs 1 through 18.

20. Defendant violated the Fair Debt Collection Practices Act by using a deceptive means in violation of 15 U.S.C § 1692e, by engaging in conduct the natural consequence of which is to harass, oppress or abuse in violation of 15 U.S.C § 1692d, and by engaging in an unfair and deceptive practice in violation of 15 U.S.C § 1692f by filing a suit against Plaintiff which Defendant knew was time-barred and also by continuing to litigate the matter even after becoming aware that the state court lawsuit was in fact time-barred.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages, including attorney's fees incurred during the defense of the state court suit;

    b. Attorney's fees, litigation expenses and costs of the instant suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## LITIGATION IN AN IMPERMISSIBLE COUNTY

21. Plaintiff incorporates Paragraphs 1 through 18.

22. Defendant violated the Fair Debt Collection Practices Act by filing a legal action in a county in which Plaintiff did neither reside nor sign an agreement upon which the alleged debt was based. Defendant violated 15 U.S.C. § 1692i, 15 U.S.C. § 1692d, 15 U.S.C. § 1692e, and 15 U.S.C. § 1692f.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of the instant suit; and

    c. Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

Dated this 8TH day of September, 2009.

    SCOTT D. OWENS, ESQ.
    Attorney for Plaintiff
    Cohen & Owens, P.A.
    3801 Hollywood Blvd., Suite 200
    Hollywood, FL 33021
    Telephone: 954-923-3801
    Facsimile: 954-967-2791
    scott@cohenowens.com

    By:_____
    Scott D. Owens, Esq.
    Florida Bar No. 0597651

IN THE COUNTY COURT FOR THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NUMBER: **09-12679**

CITIBANK (SOUTH DAKOTA), N.A.
701 EAST 60TH STREET NORTH
SIOUX FALLS SD 57117
  Plaintiff,
vs.

CHRISTOPHER J VINUEZA
241 NE 38TH ST APT B113
OAKLAND PARK FL 33334-1206
  Defendant.
_____/

## COMPLAINT

The Plaintiff sues the Defendant and alleges:

### COUNT I-OPEN ACCOUNT

1. This is an action for damages which do not exceed $5,000.00.
2. The Defendant made purchases of various and diverse consumer goods and/or effected cash advances through the use of his credit account obtained from the Plaintiff on account number 54193100091253622.
3. Defendant has failed to pay the balance due on the account.
4. Defendant(s) owe(s) the Plaintiff $4092.27 that is due with interest according to the attached account (Exhibit A).
WHEREFORE, Plaintiff demands judgment against the Defendant(s) for damages of $4092.27 and any further relief this court deems just and proper.

### COUNT II-ACCOUNT STATED

5. Plaintiff repeats and realleges the allegations of paragraph 1 and 2 as if fully set forth herein.
6. Before the institution of this action Plaintiff and Defendant had business transactions between them and they agreed to the resulting balance.
7. Plaintiff rendered a statement of account to Defendant and Defendant did not object to the statement.
8. Defendant(s) owe(s) the Plaintiff $4092.27 that is due with interest according to the attached account (Exhibit A).
WHEREFORE, Plaintiff demands judgment against the Defendant(s) for damages of $4092.27 and any further relief this court deems just and proper.

ZAKHEIM & ASSOCIATES, P.A.
ATTORNEY FOR PLAINTIFF
1045 S. UNIVERSITY DR., STE. # 202
PLANTATION, FL 33324
954/735-4455

By_____
Richard Battaglino, Esquire - Fla Bar No. 587931
Sasha Haro, Esquire - Fla Bar No. 843121
Sabine Michel, Esquire - Fla Bar No. 31387

39910

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

# EXHIBIT A



IN THE COUNTY COURT IN AND
FOR              COUNTY, FLORIDA

CASE NUMBER:

CITIBANK (SOUTH DAKOTA), N.A.

       Plaintiff,

vs.

CHRISTOPHER J VINUEZA

       Defendant(s).
_____/

## PROOF OF CLAIM AFFIDAVIT

STATE OF MISSOURI )
                       )
COUNTY OF PLATTE )

1. I, Shauna Houghton, am an authorized agent for Citibank (South Dakota), N.A.
2. I have reviewed Defendant's account and have personal knowledge of the facts stated below.
3. This action is an action to recover an outstanding balance due from Defendant on credit card account number 5419310091253622.
4. The Defendant went into default on the credit card account as a result of Defendant's failure to maintain payments toward the outstanding balance.
5. There is now due and owing from Defendant to Plaintiff the principal sum of $4,092.27.

_[signature: Shauna Houghton]_

The foregoing instrument was acknowledged and signed before me this __18__ day of __SEPTEMBER__, 2008 by __Shauna Houghton__ who is personally known to me or who did produce _____ as identification and who did take an oath.

_[signature: Colleen McConnel]_
Notary Public

My Commission Expires: 10-11-08

Colleen McConnel
Notary Public - Notary Seal
State of Missouri, Platte County
Commission# 04617651
My Commission Expires October 11, 2008

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
File Number: 3000274885.001

JS 44 (Rev. 2/08)

# 09-22698 CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
CHRISTOPHER J. VINUEZA, individually

**(b)** County of Residence of First Listed Plaintiff  **Miami-Dade County**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott D. Owens, Esq./COHEN & OWENS, P.A.
3801 Hollywood Boulevard, Suite 200, Hollywood, FL 33021
Phone: 954-923-3801

## DEFENDANTS
ZAKHEIM & ASSOCIATES, P.A., a Florida corporation

County of Residence of First Listed Defendant  **Broward County**
(IN U.S. PLAINTIFF CASES)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

FILED by RGS D.C.
SEP 10 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

CIV-ALTONAGA

MAGISTRATE JUDGE BROWN

**(d)** Check County Where Action Arose: ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
FDCPA Violation

LENGTH OF TRIAL via  1  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 9/10/09

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 100815IFP1
09/10/09